UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

_____

IN RE: ROBERT SZCZYPORSKI        :      Bankruptcy No. 19-14584
                Debtor        :      Civil No. 2:20-cv-03133

_____

## <u>O R D E R</u>

**AND NOW**, this 31st day of March, 2021, for the reasons set forth in the Opinion issued this date, **IT IS HEREBY ORDERED THAT:**

1.      The order of the United States Bankruptcy Court for the Eastern District of Pennsylvania dated June 23, 2020, which determined that the SRP is a tax entitled to priority treatment, is **AFFIRMED**; and

2.      This case is **CLOSED**.


                          BY THE COURT:


                          */s/ Joseph F. Leeson, Jr.*_____
                          JOSEPH F. LEESON, JR.
                          United States District Judge